[Nos. 12387–8–II; 13175–7–II.   Division Two.   May 1, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK B. AYCOCK, *Appellant.*

*In the Matter of the Personal Restraint of*
MARK B. AYCOCK, *Petitioner.*

Appeal from a judgment of the Superior Court for Pierce County, No. 88–1–00010–9, Nile E. Aubrey, J., entered October 10, 1988, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Petrich, A.C.J., concurred in by Worswick, J., and Petrie, J. Pro Tem.

[No. 12465–3–II.   Division Two.   May 1, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. DWAYNE J. DELANOY, *Appellant.*

Appeal from a judgment of the Superior Court for Pacific County, No. 88–1–00125–0, Guy Glenn, J. Pro Tem., entered December 12, 1988. *Reversed* by unpublished opinion per Petrich, J., concurred in by Alexander, C.J., and Reed, J.

[No. 12017–8–II.   Division Two.   May 3, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. WALTER N. BELINSKEY, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 88–1–00104–9, Robert L. Harris, J., entered May 27, 1988. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Alexander, C.J., and Armstrong, J. Pro Tem.